

**Tariq Law PC**

99 Park Ave., Suite 1100
New York, NY 10016

**OFFICE:** (718) 674 - 1245
**EMAIL:** subhan@tariqlaw.com

November 15, 2024

**VIA ECF**

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Quinones, Mia v. Relin, Goldstein & Crane, LLP*
      Docket No.: 1:24-cv-07541-JGK

Dear Judge Koeltl,

Our firm represents Plaintiff, Mia Quinones ("Plaintiff"), in the above-referenced matter. We write today to respectfully request an adjournment of the telephone pre-motion conference, currently scheduled for Tuesday, November 19, 2024, at 3:30 PM.

Unfortunately, Plaintiff's undersigned counsel will be traveling on November 19, 2024. Therefore, we respectfully request a new telephone pre-motion conference date of November 20 or November 21, 2024.

This is a first request to adjourn the telephone pre-motion conference and is made with Defendant Relin, Goldstein & Crane, LLP's consent. Lastly, this request does not affect any other scheduled dates in this matter.

We are most appreciative for Your Honor's time and consideration in this matter.

Respectfully submitted,

Subhan Tariq, Esq.

*Adjourned to 11/21/24 at 2:30 P.M.
So Ordered.
11/17/24   JGKoeltl U.S.D.J.*

1