```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

MIA QUINONES,

            Plaintiff,

   - against -

RELIN, GOLDSTEIN & CRANE, LLP,

            Defendant.

24-cv-7541 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, the defendant may file its motion to dismiss on or before **January 31, 2025**. The plaintiff should respond to the motion by **February 21, 2025**. The defendant may reply by **March 7, 2025**.

SO ORDERED.

Dated:   New York, New York
           November 21, 2024

                                  /s/ John G. Koeltl
                                John G. Koeltl
                          United States District Judge