UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIA QUINONES,                                Docket No.: 1:24-cv-07541-JGK

    Plaintiff,

v.

RELIN, GOLDSTEIN & CRANE, LLP,

    Defendant.
_____/

## JOINT STIPULATION TO STAY PROCEEDINGS

COMES NOW Plaintiff Mia Quinones ("Plaintiff") and Defendant Relin, Goldstein & Crane, LLP ("Defendant"), by and through their undersigned counsel, and hereby stipulate and agree as follows:

The parties jointly request that the Court stay the present action for a period of three (3) months pending the resolution of the matter of *American Express National Bank v. Mia Quinones aka Mia S. Quinones*, Index No. CV-013280-23/BX (the "Underlying Lawsuit"), currently pending in the Civil Court of New York, Bronx County.

Dated: January 14, 2025

| | |
|---|---|
| Subhan Tariq, Esq. | John Walter Hanson, Esq. |
| Tariq Law PC | Ropers Majeski, PC |
| 99 Park Avenue, Suite 1100 | 800 Third Avenue, 29th Floor |
| New York, NY 10016 | New York, NY 10022 |
| Telephone: (212) 804-9095 | Telephone: (212) 668-5927 |
| Email: subhan@tariqlaw.com | Email: john.hanson@ropers.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**So ORDERED and SIGNED this** 15 **day of January, 2025.**

HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

APPLICATION FOR A STAY OF PROCEEDINGS GRANTED. THE PARTIES SHALL UPDATE THE COURT ON THE STATUS OF THE CASE BY APRIL 30, 2025. THE JANUARY 23, 2025 CONFERENCE IS CANCELED.